**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**CLIFTON JAMES HAIRSTON,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　Case No. 5:20-CV-119-RV-HTC

**ANDREW SAUL, Commissioner**
  **of Social Security,**

    **Defendant.**
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 9, 2021 (ECF No. 19).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 20), I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The magistrate judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**.

3. The clerk of court is directed to enter judgment accordingly, pursuant to sentence four of 42 U.S.C. §. 405(g), **AFFIRMING** the decision of the Commissioner.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** on this 23rd day of July, 2021.

*s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**